AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN GING<br><br>*Plaintiff(s)*<br>v.<br>SMARTX ADVISORY SOLUTIONS, INC.,<br>a Foreign Corporation<br><br>*Defendant(s)* | Civil Action No. 9:20-cv-81928-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SMARTX ADVISORY SOLUTIONS, INC.
c/o Evan Rapoport
105 S. Narcissus Ave. Suite 701
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES M. EISS, Esquire
Law Offices of Charles Eiss, P.L.
7951 SW 6th Street, Suite 112
Plantation, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/20/2020

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS